IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO. 2:19cr28-KS-MTP

FREDA CAL COVINGTON, R.N.

**FINAL ORDER OF FORFEITURE**

Before the Court, is the United States of America's Motion for a Final Order of Forfeiture [116]. Having reviewed said motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

On October 16, 2019, this Court entered an Agreed Preliminary Order of Forfeiture ordering Defendant **FREDA CAL COVINGTON, R.N.** to forfeit a **$107,500.00 money judgment**; and

No ancillary hearing is required since the forfeiture provides for a money judgment; and

The Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. ' 982(a)(7), 18 U.S.C. ' 981(a)(1)(C) and 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a **$107,500.00 money judgment,** is hereby forfeited to the United States of America pursuant to 18 U.S.C. ' 982(a)(7), 18 U.S.C. ' 981(a)(1)(C) and 28 U.S.C. § 2461;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that this order will be enrolled in all appropriate Judgment Rolls.

SO ORDERED, this, the  10th   day of   July              , 2020.

                                                                                                                   s/Keith Starrett
                                                                                                                  UNITED STATES DISTRICT JUDGE