IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 2:19cr28-KS-MTP-003

FREDA CAL COVINGTON

.

## ORDER

In consultation with Mr. Ryan Medeiros, U.S. Probation Officer, the Court has considered the fact that the above named Defendant has been designated to surrender to the FCI Coleman Low, Satellite Camp on August 12, 2020. The Court has reviewed the Presentence Report for the Defendant and notes that there are several significant health issues suffered by Defendant, including diabetes, high blood pressure, obesity and other conditions. The Court has been informed that the above named facility recently lost an inmate to COVID-19, and that 176 inmates and 21 staff at the FCI Coleman Low have tested positive for COVID-19. The Court finds that the risk factors that Defendant has and the outbreak of COVID-19 at the above named facility causes this Court to *sua sponte* enter this Order and direct that the report date for the above named Defendant be extended ninety (90) days with her report date to be November 12, 2020.

SO ORDERED this the ___6th___ day of August, 2020.

_____s/Keith Starrett_____
UNITED ,STATES  DISTRICT JUDGE